IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Josiah David Roise, et al., | ) |
| | ) |
| Plaintiff, | )   **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| Minot Police Department, et al., | )   Case No. 1:25-cv-091 |
| | ) |
| Defendants. | ) |

Plaintiff initiated the above-captioned action with the filing of a paid *pro se* complaint on April 23, 2025. (Doc. No. 1). On April 24, 2025, the Clerk issued summonses to Plaintiffs for service on Defendants. (Doc. No. 3).

On September 29, 2025, the undersigned issued an order and report and recommendation. (Doc. No. 21). Noting that there was nothing in the record to evince that Plaintiff had served summonses and copies of the complaint on Defendants within the time prescribed by Fed. R. Civ. P. 4(m), the undersigned ordered Plaintiff to file proof of service by October 17, 2025. The undersigned also recommended that the Court dismiss this action in its entirety should Plaintiffs fail to file proof of service by October 17, 2025.

On October 17, 2025, Plaintiff filed a motion requesting that his deadline to file proof of service be extended until December 23, 2025. (Doc. No. 8). He avers that good cause exists to extend his deadline as he is proceeding *pro se* and "isawaiting open-records responses from the City of Minot and the Minot Police Department to confirm each defendant's full name and service address." (Id.).

The undersigned's report and recommendation (Doc. No. 7) is deemed **MOOT**. Plaintiffs'

1

motion for an extension of time (Doc. No. 8) is **GRANTED**.  Plaintiffs shall have until December 23, 2025, to file proof of service.  By then approximately seven and a half months will have passed since the Clerk's office issued summonses to Plaintiff for service on Defendants.  This should be more than enough time to effectuate service.  Consequently, further requests for extensions of time will not be looked upon favorably.   Plaintiff is now on notice that a failure on his part to file proof of service by December 23, 2025, may result in the dismissal of this action in whole or in part without further notice.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court